UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

<table>
<tr><td>

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, *et al.*,

Petitioners,

-against-

MINELLI CONSTRUCTION CO., INC.,

Respondent.

</td>
<td>

1:25-cv-1036-GHW

<u>ORDER</u>

</td></tr>
</table>

------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/6/2025

GREGORY H. WOODS, District Judge:

On February 5, 2025, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than February 26, 2025. Respondent's opposition is due by April 9, 2025. Petitioners' reply, if any, is due by April 30, 2025.

Petitioners are directed to serve the petition and supporting materials upon Respondent by February 13, 2025 and to file an affidavit of such service with the Court by February 17, 2025.

SO ORDERED.

Dated: February 6, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge