UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br> Petitioners, <br><br> -against- <br><br> MINELLI CONSTRUCTION CO., INC., <br><br> Respondent. | 25 CV 1036 (GHW) <br><br> **AFFIDAVIT** <br> **OF SERVICE** |

STATE OF NEW YORK     )
                     : ss.:
COUNTY OF NEW YORK  )

Abigail Frankel, being duly sworn, deposes and says,

I am a paralegal with the firm of Virginia & Ambinder, LLP. I am not a party to this action and am over 18 years of age. On February 12, 2025, I served the Summons (Dkt. No. 6), Verified Petition to Confirm an Arbitration Award with Exhibits A through P (Dkt. No. 1), Rule 7.1 Corporate Disclosure Statement (Dkt. No. 4), Memorandum of Law in Support of the Verified Petition to Confirm an Arbitration Award (Dkt. No. 5), and Order issued by Judge Woods on February 6, 2025 (Dkt. No. 7), on Respondent, Minelli Construction Co., Inc., as listed below via certified mail and electronic mail:

Minelli Construction Co., Inc.
850 Sylvan Avenue
Bayport, New York 11705
payroll@minelliconstruction.com
jgertonson@minelliconstruction.com

by depositing true copies of same enclosed in a prepaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, and by transmitting an electronic message to the latest known e-mail addresses for Respondent via Microsoft Outlook.

_____
Abigail Frankel

Sworn to before me this
12th day of February 2025

NOTARY: _____

MAURA MOOSNICK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02M06442869
Qualified in New York County
Commission Expires October 24, 2026