**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, et al.,

                Petitioners,

-against-                                                      25 **CIVIL** 1036 (GHW)

## **JUDGMENT**

MINELLI CONSTRUCTION CO., INC.,

                Respondents.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated May 7, 2025, the petition to confirm the arbitration award is GRANTED. Respondent is ordered to submit to an audit by Petitioners of its books and records for the period from April 1, 2022 through the present. Judgment is entered for Petitioner in the amount of $894,480.29, plus prejudgment interest calculated at 10.25% per annum from April 1, 2022 through the date of judgment, in the amount of $284,597.90, together with attorneys' fees and costs in the amount of $7,668.30. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full.

**Dated:** New York, New York
       May 8, 2025

                                                           **TAMMI M HELLWIG**
                                                              **Clerk of Court**

                           **BY:**                     *K. Mango*

                                                              **Deputy Clerk**